# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX VELASQUEZ, an individual, | Case No.: 3:22-cv-06118-TSH |
| Plaintiff, | *Assigned to the Hon. Magistrate Thomas S. Hixson* |
| vs. | |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, | **ORDER OF DISMISSAL** |
| Defendant, | |

1

ORDER OF DISMISSAL

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: January 16, 2026                    By:_____

                                          Hon. Thomas S. Hixson
                                          United States Magistrate Judge

2
ORDER OF DISMISSAL